UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gary R. Barnes,                         Court File No. 10-cv-3162 (JRT/FLN)

    Plaintiff,

v.                                         **AFFIDAVIT OF**
                                                 **JANA O'LEARY SULLIVAN**

City of Coon Rapids, Minnesota,
And League of Minnesota Cities,

    Defendants.

---

STATE OF MINNESOTA )
                               ) ss.
COUNTY OF RAMSEY )

    Jana O'Leary Sullivan, being first duly sworn on oath, deposes and states:

1. I am the attorney representing Defendants City of Coon Rapids and League of Minnesota Cities in the above-entitled matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of EEOC Charge of Discrimination.

3. Attached hereto as Exhibit 2is a true and correct copy of EEOC Dismissal, May 15, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of Complaint (Case No. 07-cv-3672).

5. Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's Memo in Opposition to Defendants' Motion for Summary Judgment.

6. Attached hereto as Exhibit 5 is a true and correct copy of Order, April 30, 2009.

7. Attached hereto as Exhibit 6 is a true and correct copy of Notice of Appeal, May 27, 2009.

8. Attached hereto as Exhibit 7 is a true and correct copy of Eighth Circuit Order, February 23, 2010.

9. Attached hereto as Exhibit 8 is a true and correct copy of Petition for Rehearing, March 5, 2010.

10. Attached hereto as Exhibit 9 is a true and correct copy of Order, April 2, 2010.

FURTHER YOUR AFFIANT SAYETH NOT.

        s/ Jana O'Leary Sullivan
        Jana O'Leary Sullivan

Subscribed and sworn to before me
this 8th day of November, 2010.

s/ Susan H. Chilcott
 Notary Public
State of Minnesota, County of Ramsey
[SEAL]