**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GARY R. BARNES,                       Civil 10-3162 (JRT/FLN)

             Plaintiff,

v.                                       **ORDER ADOPTING REPORT**
                                               **AND RECOMMENDATION**

CITY OF COON RAPIDS AND
LEAGUE OF MINNESOTA CITIES,

             Defendants.

---

         Gary R. Barnes, 25067 Nebula Street NE, Stacy, MN 55079, pro se plaintiff.

         Jana O'Leary Sullivan, **LEAGUE OF MINNESOTA CITIES**, 145 University Avenue West, St. Paul, MN 55103, for the defendants.

         The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated October 12, 2010 [Docket No. 6]. No objections have been filed to that Report and Recommendation in the time period permitted.

         Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

         1. Plaintiff's application for leave to proceed <u>in forma pauperis</u>, [Docket No. 3], is **DENIED**; and

         2. This action is **DISMISSED** without prejudice.

         **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 5, 2010
at Minneapolis, Minnesota

                                        ___ s/ John R. Tunheim ___
                                        JOHN R. TUNHEIM
                                    United States District Judge